IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS,** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) ) Case No.: 09-cv-06206 ) |
| **ORGANON TEKNIKA CORPORATION LLC,** | ) ) ) |
| **Defendant.** | ) |

## DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, the Board of Trustees of the University of Illinois, hereby provides notice it has no parent corporations and no publicly held companies own 10% or more of the University of Illinois.

Respectfully submitted,

Date:   October 5, 2009

*/s/George C. Summerfield*
Rolf O. Stadheim
Joseph A. Grear
George C. Summerfield
Keith A. Vogt
Steven R. Pedersen
STADHEIM & GREAR, LTD.
400 North Michigan Avenue, #2200
Chicago, Illinois 60611
*Summerfield@StadheimGrear.com*
Telephone: (312) 755-4400