## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he caused the foregoing **PETITION FOR AN ORDER DIRECTING FURTHER ARBITRATION PURSUANT TO SECTION 4 OF THE FEDERAL ARBITRATION ACT** to be served by email and first class mail on October 5, 2009 upon the following individuals who have made an appearance in the previous actions, 1:06-cv-05966, 1:07-cv-01503, 09-cv-04251, and Appeal No.: 09-3375, concerning the dispute between the parties.

| | |
|---|---|
| Michael H. King<br>Dewey & LeBoeuf LLP<br>180 N. Stetson Ave.<br>Suite 3700<br>Chicago, Illinois 60601<br>Telephone: 312-794-8000<br>mking@dl.com<br><br>*Attorney for Defendant*<br>*Organon Teknika Corporation LLC* | James J. Sipchen<br>Pretzel & Stouffer, Chartered<br>One South Wacker Drive<br>Suite 2500<br>Chicago, IL  60606<br>Telephone: (312)346-1973<br>jsipchen@pretzel-stouffer.com<br><br>*Attorney for Defendant*<br>*Organon Teknika Corporation LLC* |
| Harvey Kurzweil<br>Henry J. Ricardo<br>Dewey & LeBoeuf LLP<br>1301 Avenue of the Americas<br>New York, New York 10019-6092<br>Telephone: 212-259-8000<br>hkurzweil@dl.com<br>hricardo@dl.com<br><br>*Attorneys for Defendant*<br>*Organon Teknika Corporation LLC* | Savalle C. Sims<br>Arent Fox LLP<br>1050 Connecticut Avenue, NW<br>Washington, DC 20036<br>Telephone: 202-857-8948<br>sims.savalle@arentfox.com<br><br>*Attorney for Defendant*<br>*Organon Teknika Corporation LLC* |

/s/George C. Summerfield